```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/4/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                Plaintiff,

-against-

99 CENTS FRESH PIZZA CANAL ST INC. et al.

                Defendants.

21-cv-7315 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court has been informed by the mediator that the parties have reached agreement on all issues [ECF No. 25]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by March 7, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). The Court will not retain jurisdiction to enforce the terms of any settlement agreement. All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: February 4, 2022
      New York, NY

                                  **MARY KAY VYSKOCIL**
                                  **United States District Judge**